# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

September 11, 2024

**Deft's request to adjourn the Sept. 18, 2024 Status Conf. is GRANTED without objection by the Gov't. The Status Conf. is adjourned from Sept. 18, 2024 to Nov. 15, 2024 at 11:00 am.**
**Dated: September 11, 2024**
   **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

VIA EMAIL

Hon. Nelson Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   Request To Adjourn: 24 cr 413-NSR, Derek Hasselbrink

Dear Judge Román,

    I write to respectfully request that the status conference scheduled for September 18th at noon in this case be adjourned for 60 days. Defense counsel has received an initial discovery production from the Government, but due to lockdowns and emergency counts at MDC, we have not been able to review that discovery with Mr. Hasselbrink yet. I believe the Government will be making additional discovery productions in the coming weeks. AUSA Prussien and I are working towards a pre-trial resolution in this matter. The Government does not object to this adjournment request. Defense counsel consents to the exclusion of Speedy Trial time until the adjourned date. Thank you for considering this request.

Sincerely,

/s/ Jane White

Jane White, Esq.
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2024