# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

November 7, 2024

<u>VIA EMAIL</u>

Hon. Nelson Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Derek Hasselbrink*
24 Cr. 413 (NSR)

Dear Judge Román,

    I write to respectfully request an adjournment of the upcoming November 15th status conference in this matter for 90 days. Defense counsel is working on a mitigation submission for the Government's consideration that is still underway. Additionally, the Government will make the second batch of discovery available for defense counsel's viewing in the coming days. AUSA Prussien and I have been in discussion, and he does not object to this request. Defense counsel consents to the exclusion of Speedy Trial time until the adjourned date. Thank you for considering this request.

Sincerely,

/s/ Jane White

Jane White, Esq.
Assistant Federal Defender

**Deft's request to adjourn the Nov. 15, 2024 Status Conf. is GRANTED without objection by the Gov't. The Status Conf. is adjourned to Feb. 13, 2025 at 10:15 am. The Clerk of Court is requested to terminate the motion at ECF No. 12.
Dated: November 8, 2024
        White Plains, NY**

SO ORDERED:

/s/ Hon. Nelson S. Román
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/8/2024__