**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 14, 2025

<u>**BY ECF and EMAIL**</u>

The Honorable Nelson S. Román
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

        Re:    <u>**United States** v. **Derek Hasselbrink**</u>**, 24 Cr. 413 (NSR)**

Dear Judge Román:

      The Government writes to respectfully request a 60-day adjournment of the April 16, 2025 status conference in the above-referenced matter. The defense consents to the adjournment request and the corresponding exclusion of time from April 16, 2025 until the date of the next scheduled conference in this matter. *See* 18 U.S.C. § 3161(h)(7)(A). The Government is attaching a proposed order for the exclusion of time under the Speedy Trial Act.

      Defense counsel transmitted a mitigation submission to the Government on March 3, 2025. The requested adjournment would allow the Government to continue its review of defense counsel's mitigation submission and would allow the parties to potentially reach a resolution by our next court appearance.

      Thank you for your time and attention to this matter.

                             Respectfully submitted,

                             MATTHEW PODOLSKY
                             Acting United States Attorney

                   By:
                             Kingdar Prussien
                             Assistant United States Attorney
                             (646) 832-6812

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2025

cc: Jane White, Esq.

**The Govt's request to adjourn the April 16, 2025 Status Conf. is GRANTED with Deft's consent. The Status Conf. is adjourned until June 17, 2025 at 11:00 am.**
**Clerk of Court is requested to terminate the motion at ECF No. 19.**
**Dated: White Plains, NY**
       **April 14, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE