**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 13, 2025

The Govt's request to adjourn the June 17, 2025 Status Conf. is GRANTED with Deft's consent. The Status Conf. is adjourned to Sept. 3, 2025 at 12:15 pm. The Clerk of Court is requested to terminate the motion at ECF No. 22.
Dated: White Plains, NY
　　　　 June 13, 2025
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**BY ECF and EMAIL**

The Honorable Nelson S. Román
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

　　　　Re:　　**United States** v. **Derek Hasselbrink**, 24 Cr. 413 (NSR)

Dear Judge Román:

　　　　The Government writes to respectfully request a 45-day adjournment of the June 17, 2025 status conference in the above-referenced matter. The defense consents to the adjournment request and the corresponding exclusion of time from June 17, 2025 until the date of the next scheduled conference. *See* 18 U.S.C. § 3161(h)(7)(A). The Government is attaching a proposed order for the exclusion of time under the Speedy Trial Act.

　　　　Defense counsel transmitted a mitigation submission to the Government on March 3, 2025. The parties believe they are close to reaching a pretrial disposition, and the requested adjournment would allow the parties to finalize an agreement and schedule a plea with the Magistrate Court by our next court appearance.

　　　　Thank you for your time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JAY CLAYTON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　Kingdar Prussien
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　(646) 832-6812

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2025

cc:　Jane White, Esq.