# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

November 20, 2025

**BY E-MAIL & ECF**
Honorable Nelson Román
United States District Judge
Southern District of New York
Charles L. Brieant Courthouse
300 Quarropas Street
White Plains, NY  10601

Re:  *United States v. Derek Hasselbrink*
      24 Cr. 413 (NSR)

Dear Hon. Judge Román,

I write with a request to adjourn the sentencing in this matter to December 19th, or a later date in December, or a February date, if a December date is not available.  I also request that the parties' sentencing submission deadlines be extended accordingly.  The Government does not object to this request.  A final PSR has not yet been disclosed, and I understand from the assigned officer that it should be disclosed on November 25th.  Defense counsel would very much prefer to refer to the final PSR in our sentencing submission, which at this time, is due tomorrow. Thank you for considering this request.

Sincerely,

/s/ Jane White

Jane White, Esq.
Assistant Federal Defender

Cc:    AUSA Kingdar Prussien

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025

**In light of the delays caused by the Government shutdown, Defendant's request to adjourn the Dec. 5, 2025 Sentencing is GRANTED without objection by the Government. The Sentencing is adjourned to Dec. 19, 2025 at 2:15 pm. Clerk of Court is requested to terminate the motion at ECF No. 26.**
**Dated: November 20, 2025**
       **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE