# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

December 2, 2025

**BY E-MAIL & ECF**
Honorable Nelson Román
United States District Judge
Southern District of New York
Charles L. Brieant Courthouse
300 Quarropas Street
White Plains, NY  10601

Re:     *United States v. Derek Hasselbrink*
        24 Cr. 413 (NSR)

Dear Hon. Judge Román,

As we are still awaiting a final PSR in this case, I write to request an adjournment to a February date (with the exception of 2/3-2/5).  The Government is not available in January and does not object to this request.   Defense counsel would very much prefer to refer to the final PSR in our sentencing submission, which at this time, is due this Friday.  Thank you for considering this request.

Sincerely,

/s/ Jane White

Jane White, Esq.
Assistant Federal Defender

Cc:     AUSA Kingdar Prussien

**Defendant's request to adjourn the Sentencing from Dec. 19, 2025 until Feb. 20, 2026 at 11:45 am is GRANTED without objection by the Government. Clerk of Court is requested to terminate the motion at ECF No. 29.**
**Dated: White Plains, NY**
**December 2, 2025**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **12/02/2025**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE